**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:22-CV-1013-PLC |
| | ) | |
| 100 KINGSHIGHWAY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**

Pursuant to Local Rule 2.09(B)(2) Defendant Antheus Capital, LLC states as follows:

1. Defendant Antheus Capital, LLC is a limited liability company organized in the State of New Jersey. It is not publicly held.

2. The members of Antheus Capital, LLC are David Gefsky, Eli Ungar, and Harley Ungar.

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Timothy J. Ahrenhoersterbaeumer
Timothy J. Ahrenhoersterbaeumer #55136MO
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Telephone: 314-863-7733
Facsimile: 314-862-4656
tahrenhoersterbaeumer@spencerfane.com

*Attorneys for Defendants 100 Kingshighway, LLC, Antheus Capital, LLC, 100 Kingshighway Developer, LLC and MAC Property Management, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of July 2023, a copy of the foregoing document was electronically filed with the Clerk of the Court, to be served by the Court's Case Management/Electronic Case Filing system upon all attorneys of record.

/s/ Timothy J. Ahrenhoersterbaeumer