UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEVIN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-1013 |
| | ) |
| 100 KINGSHIGHWAY, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

**Option 1**

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

**Option 2**

In accordance with the Court's Order Referring Case to ADR,

☒   A final ADR conference was held on: June 5, 2025.

☒   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on August 4, 2025 and the parties [☒ did ☐ did not] achieve a settlement.

**Option 3**

☐   Although this case was referred to ADR, a conference WAS NOT HELD.

08/12/2025                              _____
Date                                    Neutral